UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNELL LAVAR SIMPSON, SR. and
WINIFRED DIANE SIMPSON,

    Plaintiffs,

v.                                                        Case No: 8:18-cv-1780-T-36AEP

CITY OF TAMPA and STATE OF
FLORIDA,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 28, 2018 (Doc. 11). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiffs' Applications to Proceed in District Court without Prepaying Fees or Costs (Docs. 8, 10) be denied and Plaintiffs' Amended Complaint (Doc. 9) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Applications to Proceed in District Court without Prepaying Fees or Costs (Docs. 8, 10) are DENIED.

(3) Plaintiffs' Amended Complaint (Doc. 9) is DISMISSED.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 18, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record